IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARMAINE LIVINGSTON,<br><br>                Plaintiff,<br><br>v.<br><br>ALLEGHENY COUNTY SHERIFF'S DEPARTMENT; PETER R. DEFAZIO, Sheriff, Allegheny County; and John Does 1-3, as yet unidentified Allegheny County deputy sheriffs,<br><br>                Defendants. | Civil Action No.: CA-03-1935<br>                (Ambrose, C.J.) |

### ORDER

Having read and considered Plaintiff's Motion for Extension of Time to File Response to Summary Judgment Motion, and with Defendants' consent, it is on this 7th day of July, 2005, hereby ORDERED that Plaintiff's motion for extension of time be, and hereby is, GRANTED. Plaintiff's brief responding to Defendants' Second Summary Judgment Motion is now due on or before July 12, 2005.

*/s/ Donetta W. Ambrose*
Hon. Donetta W. Ambrose, C.J.